UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL W. DANCER,

    Plaintiff,

v.

JON JESKE, *et al.*,

    Defendants.

Case No. 09-5153 BHS/KLS

ORDER ᴅᴇɴʏɪɴɢ REQUEST FOR WRIT OF MANDAMUS

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff's complaint has not yet been served. Before the Court is Plaintiff's "writ of mandamus." Dkt. # 4. Having carefully reviewed Plaintiff's writ and balance of the record, the Court finds, for the reasons stated below, that the writ should be denied.

## I. DISCUSSION

The federal mandamus statute provides that "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or an agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Mandamus is an extraordinary remedy. *Barron v. Reich*, 13 F.3d 1370, 1374 (9th Cir. 1994). A writ of mandamus is appropriately used only when (1) the petitioner's claim is "clear and certain"; (2) the respondent official's duty to act is ministerial and (3) no other adequate remedy is available. *Id.* (citing *Fallini v. Hodel*, 783 F.2d 1343, 1345 (9th Cir. 1986)).

ORDER - 1

Here Plaintiff asks the court to issue an order directing the Lewis County Correctional Facility to "produce and deliver to the Plaintiff in custody, legal materials and legal books pursuant to his action against DFW officer Jon Jesche 'color of law' violation of plaintiffs civil rights." Dkt. # 4, p. 1.

The extraordinary remedy of mandamus is not appropriate to compel the type of relief sought by Plaintiff in this lawsuit. The district court does not have jurisdiction to issue a writ of mandamus to state officers. *Demos v. United States Dist. Court for E. Dist. Of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991).

Accordingly, Plaintiff's request for mandamus (Dkt. # 4) is **DENIED**. The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 27th day of April, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2