UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL W. DANCER,

    Plaintiff,

v.

JON JESKE, *et al.*,

    Defendant.

Case No. C09-5153 BHS/KLS

EXTENSION OF TIME TO
RESPOND TO ORDER TO
SHOW CAUSE

By Order dated May 5, 2009, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's Order by May 29, 2009. Dkt. 14. On May 12, 2009, Plaintiff filed a notice of change of address. Dkt. 15. On June 23, 2009, Plaintiff filed a second notice of change of address and requested a docket sheet and Section 1983 civil rights complaint package so that he may complete his filing. Dkt. 16.

In light of these recent filings, the Court shall allow Mr. Dancer an additional time to show cause or to file an amended complaint curing the deficiencies outlined in the Court's previous Order. Therefore, Plaintiff must show cause or file his amended complaint on or before **July 24, 2009.**

**Plaintiff is cautioned that if he fails to show cause or amend his complaint by July 24, 2009, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915 and such dismissal will count as a "strike" under 28 U.S.C. § 1915(g).**

The Clerk is directed to send Plaintiff a copy of this Order, a copy of the Court's Order dated May 4, 2009 (Dkt. 14), a copy of this Order and a copy of the General Order.

ORDER
Page - 1

Dated this 25th day of June, 2009.

　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 2