1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   DANIEL W. DANCER,

9              Plaintiff,                     CASE NO. C09-5153BHS

10        v.                                  ORDER ADOPTING REPORT
                                              AND RECOMMENDATION
11   JON JESKE,

12              Defendant.

13

14        This matter comes before the Court on the Report and Recommendation of the

15   Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28). The Court having

16   considered the Report and Recommendation and the remaining record, and no objections by

17   Plaintiff having been filed, does hereby find and order:

18        (1)    The Court adopts the Report and Recommendation; and

19        (2)    This action is **DISMISSED** without prejudice for failure to prosecute.

20        DATED this 10th day of February, 2010.

21

22                                              _____

23                                              BENJAMIN H. SETTLE
                                                United States District Judge
24

25

26

27

28   ORDER