# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL W. DANCER

JUDGMENT IN A CIVIL CASE

v.

JON JESKE

CASE NUMBER: C09-5153 BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT


(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** without prejudice for failure to prosecute.




    February 11, 2010                       BRUCE RIFKIN
           Date                                            Clerk


                                                s/ Mary Trent
                                                      Deputy Clerk